Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−27171−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristen A. Weiss
   87 Laurel Way
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−1191

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2020
JAN: bc

                                                Jeanne Naughton
                                               Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 19-27171-ABA
    Kristen A. Weiss                                         Chapter 13
                    Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin              Page 1 of 2         Date Rcvd: Jan 24, 2020
                            Form ID: 148             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Kristen A. Weiss,    87 Laurel Way,    Franklinville, NJ 08322-2673
518448350     ++FOCUS RECEIVABLES MANAGEMENT LLC,     1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                 (address filed with court:    Focus Receivables Mana,     Attn: Bankruptcy,
                 1130 Northchase Parkway Ste 150,     Marietta, GA 30067)
518448348      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518448351      +Helmer Conley and Kasselman, PA,     519 White Horse Pike,    Haddon Heights, NJ 08035-1708
518568262      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518448354      +MidFirst Bank,    KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
518448357      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
518498670     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:    State of New Jersey,     Division of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518448358      +State of New Jersey Division of Taxation,     50 Barrack Street,    Trenton, NJ 08695-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518448344      +EDI: GMACFS.COM Jan 25 2020 05:18:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
518558588       EDI: GMACFS.COM Jan 25 2020 05:18:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
518448345      +EDI: CAPITALONE.COM Jan 25 2020 05:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518510850      +EDI: AIS.COM Jan 25 2020 05:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518448346      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 25 2020 00:55:28      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518530626      +EDI: AIS.COM Jan 25 2020 05:18:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518448352      +EDI: IIC9.COM Jan 25 2020 05:18:00      I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
518448353      +EDI: IRS.COM Jan 25 2020 05:18:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518448355      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:55:33      LVNV Funding,
                 PO Box 10584,    Greenville, SC 29603-0584
518466405       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:55:33      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518550532      +EDI: AIS.COM Jan 25 2020 05:18:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518448347*     +Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
518448349*     +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
518477577*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA  19101-7346
518448356*     +LVNV Funding,    PO Box 10584,    Greenville, SC 29603-0584
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Kristen A. Weiss ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```